UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-61841-BLOOM/Valle

KONA ICE, INC.,

    Plaintiff,

v.

CHARLEY ABBOTT,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint. Plaintiff filed the Complaint on September 21, 2017, and to date, has not filed evidence to indicate that Defendant has been served. It is therefore

**ORDERED AND ADJUDGED** that within seven (7) days of perfecting service upon Defendant, Plaintiff shall file proof of such service with the Court. Failure to effectuate service of a summons and the complaint on Defendant by **December 20, 2017** will result in dismissal as to Defendant without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 7th day of November, 2017

                                                                      **BETH BLOOM**
                                                                      **UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record