UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:17-cv-61841-BB

KONA ICE, INC., a Kentucky corporation,

    Plaintiff,

v.

CHARLEY ABBOTT, individually,

    Defendant.
_____/

**PLAINTIFF, KONA ICE, INC.'S, NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)**

Plaintiff, Kona Ice, Inc. ("Plaintiff"), by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby submits this notice of dismissal of this action. Plaintiff notes that the opposing party has not served either an answer or a motion for summary judgment. This notice of dismissal is without prejudice.

Respectfully submitted:  December 20, 2017

        GENOVESE JOBLOVE & BATTISTA, P.A.
        *Local Counsel to the Plaintiff*
        200 East Broward Blvd, Suite 1110
        Fort Lauderdale, Florida 33301
        Telephone:     (954) 453-8000
        Facsimile:     (954) 453-8010

        By:     /s/ Benjamin P. Bean_____
            Benjamin P. Bean, Esq.
            Florida Bar No. 72984
            bbean@gjb-law.com
            Barry P. Gruher, Esq.
            Florida Bar No.  960993
            bgruher@gjb-law.com

WOOD, HERRON & EVANS, L.L.P.
*Lead Counsel to the Plaintiff*
441 Vine Street, 2700 Carew Tower
Cincinnati, Ohio 45202
(513) 241-2324
(513) 241-6234 Facsimile

By: \_\_\_/s/ Brett A. Schatz_____
Brett A. Schatz, Esq.
Ohio Reg. No. 0072038
bschatz@whe-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2017, a copy of the foregoing was served via CM/ECF Notification to all parties registered to receive notice and First Class Mail to Defendant, Charley Abbott, 5750 SW 54th Street, Ft. Lauderdale, Florida 33314.

By: \_\_\_/s/ Benjamin P. Bean_____
Benjamin P. Bean, Esq.